| | | |
|---|---|---|
| UNITED STATES *ex rel.*<br>BLOCKQUOTE, INC.,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>AMERICAN MAPLAN CORP.<br>and DAVIS STANDARD, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-01198-KHV-ADM |

**ORDER**

The United States having elected to intervene in this matter pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), for purpose of settlement (ECF No. 13),

**IT IS ORDERED** that,

1. The Complaint (ECF No. 1), the Civil Cover Sheet (ECF No. 2), Motion to Seal Case by Plaintiff Blockquote, Inc. (ECF No. 3), Order (ECF No. 4), Standing Order (ECF No. 11), Revised Standing Order (ECF No. 12), the Notice of Election to Intervene for Purpose of Settlement (ECF No. 13) and this Order be unsealed;

2. The United States' *ex parte* motions and the resulting *ex parte* orders (ECF Nos. 5 through 10) remain sealed; and

3. The seal be lifted as to all other matters occurring in this action after the date of the Notice to Intervene for Purpose of Settlement (ECF No. 13).

Dated this 2nd day of November, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge